**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Battalion Resources LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-4944324** |

4. Debtor's address

**Principal place of business**

**1125 17th St<br>Ste 2310<br>Denver, CO 80202-2060**
Number, Street, City, State & ZIP Code

**Denver**
County

**Mailing address, if different from principal place of business**

**PO Box 4186<br>Parker, CO 80134-1447**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**Campell and Sheridan Counties, WY**
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)    _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Battalion Resources LLC**                                  Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**       *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050(amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

|  | District | **Storm Cat Energy (USA) Corporation** | When | **11/10/08** | Case number | **08-27887 ABC** |
|  | District | See Attachment | When |  | Case number |  |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship |  |
| District |  | When | Case number, if known |

Debtor   **Battalion Resources LLC**                                    Case number (*if known*) _____
_____
Name

---

**11.  Why is the case filed in** *this district?*    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
             Contact name    _____
             Phone           _____

---

███  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   **Battalion Resources LLC**
Name

Case number (*if known*) _____

---

███  **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  8, 2016**
MM / DD / YYYY

X **/s/ Christopher M. Naro**
Signature of authorized representative of debtor

**Christopher M. Naro**
Printed name

Title   **Chief Financial Officer**

---

**18. Signature of attorney**

X **/s/ Theodore Hartl**
Signature of attorney for debtor

Date **September  8, 2016**
MM / DD / YYYY

**Theodore Hartl**
Printed name

**Lindquist & Vennum LLP - Denver**
Firm name

**600 17th St Ste 1800**
**Denver, CO 80202-5402**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address **thartl@lindquist.com**

**32409**
Bar number and State

---

Debtor    **Battalion Resources LLC**                              Case number (*if known*) _____
          Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number (*if known*) _____    Chapter __**11**__

☐ Check if this an amended filing

---

# FORM 201. VOLUNTARY PETITION

## Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|---|---|---|
| **Storm Cat Energy (USA) Corporation** | **08-27887 ABC** | **11/10/08** |
| **Storm Cat Energy (USA) Operating Corporation** | **08-27894 ABC** | **11/10/08** |
| **Storm Cat Energy (Powder River) LLC** | **08-27898 ABC** | **11/10/08** |
| **Storm Cat Energy (Alaska) LLC** | **08-27901 ABC** | **11/10/08** |
| **Storm Cat Energy (Fayetteville) LLC** | **08-27905 ABC** | **11/10/08** |
| **Triple Crown Gathering Corporation** | **08-27909 ABC** | **11/10/08** |

Debtor   **Battalion Resources LLC**                                    Case number (*if known*) _____
         Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an amended filing

---

## FORM 201. VOLUNTARY PETITION

## <u>Pending Bankruptcy Cases Attachment</u>

| | | | |
|---|---|---|---|
| Debtor | **Storm Cat Energy (USA) Operating Corp.** | Relationship to you | |
| District | **District of Colorado** When **9/08/16** | Case number, if known | **Unknown** |
| Debtor | **Storm Cat Energy (Powder River) LLC** | Relationship to you | |
| District | **District of Colorado** When **9/08/16** | Case number, if known | **Unknown** |
| Debtor | **Storm Cat Energy Acquisitions LLC** | Relationship to you | |
| District | **District of Colorado** When **9/08/16** | Case number, if known | **Unknown** |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Battalion Resources LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  Sale of natural gas | **$8,437,636.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1. **1125 PEARLMARK BROADREACH LLC**<br>**1125 17th St Ste 1560**<br>**Denver, CO 80202-2029** | 7/26/2016<br>7/1/2016<br>5/31/2016 | **$12,761.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Office Rent |

Debtor __**Battalion Resources LLC**_____  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **EKS&H**<br>**7979 E Tufts Ave Ste 400**<br>**Denver, CO 80237-2521** | **7/26/2016**<br>**5/18/2016** | **$19,171.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Accounting and Bookkeeping Services** |
| 3.3. **AFCO**<br>**4501 College Blvd Ste 320**<br>**Leawood, KS 66211-2328** | **7/26/2016**<br>**7/1/2016**<br>**5/31/2016** | **$7,883.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Liability insurance monthly installment payment** |
| 3.4. **Barbara Zimmerman**<br>**168 S Garfield St**<br>**Denver, CO 80209-3118** | **7/26/2016**<br>**7/1/2016**<br>**5/18/2016** | **$7,980.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor-land and mineral lease services** |
| 3.5. **Christopher Naro**<br>**PO Box 4776**<br>**Parker, CO 80134-1461** | **7/26/2016**<br>**7/1/2016**<br>**5/18/2016** | **$6,935.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Business expense reimbursement** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Keith J. Knapstad**<br>**8706 W Prentice Ave**<br>**Littleton, CO 80123-2192**<br>**Officer** | **8/2016** | **$19,166.66** | **Gross Wages** |
| 4.2. **Keith J. Knapstad**<br>**8706 W Prentice Ave**<br>**Littleton, CO 80123-2192**<br>**Officer** | **8/2016** | **$13,269.33** | **Vacation Pay** |
| 4.3. **Keith J. Knapstad**<br>**8706 W Prentice Ave**<br>**Littleton, CO 80123-2192**<br>**Officer** | **8/2016** | **$8,493.07** | **Business Expense Report** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Battalion Resources LLC**                                Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4. **Christopher Naro** PO Box 4776 Parker, CO 80134-1461 Officer | **8/2015 - 7/2016** | **$636,825.02** | **Gross Wages** |
| 4.5. **Christopher Naro** PO Box 4776 Parker, CO 80134-1461 Officer | **1/2016** | **$75,000.00** | **Annual Bonus - Gross** |
| 4.6. **Christopher Naro** PO Box 4776 Parker, CO 80134-1461 Officer | **8/2016-7/2016** | **$18,716.91** | **Business Expense Report** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **JP MORGAN CHASE BANK, NA** 383 Madison Ave Fl 3 New York, NY 10179-0001 | **Undeveloped natural gas acreage located in BC, Canada owned by Storm Cat Energy Canada Inc., a wholly owned subsidiary of Battalion Resources, LLC** <br><br> **Credit Facility Reduced by $8,000,000** | **10/19/2015** | **$8,000,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Before the Wyoming Oil & Gas Conservation Commission** 670-2016 | **Show Cause Hearing regarding need for additional bonding on fee gas wells** | **Wyoming Oil & Gas Conservation Commissio 2211 King Blvd Casper, WY 82604-3165** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Before the Wyoming Office of State Lands & Investment** N/A | **Informal inquiry regarding need for additional bonding on state gas wells** | **Wyoming Office of State Lands & Investme 122 W 25th St Cheyenne, WY 82001-3004** | ☑ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Battalion Resources LLC** | Case number *(if known)* | |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lindquist & Vennum LLP - Denver**<br>**600 17th St Ste 1800**<br>**Denver, CO 80202-5402** | **Retainer ($206,446.60) and filing fees ($6,868.00) for all four Debtors.** | **3/30/2016 retainer**<br>**9/7/2016 filing fees** | **$213,314.60** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Battalion Resources LLC**                                          Case number *(if known)*

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Black Hills Exploration and Production** 1515 Wynkoop St Ste 500 Denver, CO 80202-2062 | Sale of 1066.30 net acres of deep rights located in Johnson County, WY | 12/12/2014 | $426,520.00 |
| | Relationship to debtor | | | |
| 13.2. | **Zowada Recycling & Steel, LLC** PO Box 25 Sheridan, WY 82801-0025 | Sale of miscellaneous scrap field equipment from field inventory located in Sheridan and Campbell Counties, WY | 3/3/2016 | $9,300.00 |
| | Relationship to debtor | | | |
| 13.3. | **Mullinax Concrete Service Co.** 615 Fort Rd Sheridan, WY 82801-8304 | Sale of miscellaneous scrap field equipment from field inventory located in Sheridan and Campbell Counties,  WY | 2/5/2016 | $4,577.00 |
| | Relationship to debtor | | | |
| 13.4. | **ESK LLC** 1609 Taylor Ave Sheridan, WY 82801-2334 | Sale of miscellaneous scrap field equipment from field inventory located in Sheridan and Campbell Counties, WY | 3/25/2016 | $1,391.25 |
| | Relationship to debtor | | | |
| 13.5. | **James Hansen** 1911 Stadium Dr Sheridan, WY 82801-6728 | Transfer of 2012 Ram Pickup Truck | 8/2015 | $28,000.00 |
| | Relationship to debtor | | | |
| 13.6. | **John Steir** 1441 N Heights Ave Sheridan, WY 82801-2742 | Transfer of 2012 Ram Pickup Truck | 8/2015 | $28,000.00 |
| | Relationship to debtor | | | |
| 13.7. | **James Hansen** 1911 Stadium Dr Sheridan, WY 82801-6728 | Sale of miscellaneous scrap field equipment from field inventory located in Sheridan and Campbell Counties, WY | 3/8/2016 | $2,000.00 |
| | Relationship to debtor | | | |

Debtor   **Battalion Resources LLC**                                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer was<br>made | Total amount or<br>value |
|---|---|---|---|---|
| 13.8. | **SUMMIT GAS RESOURCES INC.**<br>1 E Alger St<br>Sheridan, WY 82801-3911 | **Transfer of miscellaneous scrap field equipment from field inventory located in Sheridan and Campbell Counties, WY in exchange for reduction of payable** | **3/23/2016** | **$12,000.00** |
| | **Relationship to debtor** | | | |
| 13.9. | **ESK LLC**<br>1609 Taylor Ave<br>Sheridan, WY 82801-2334 | **Sale of miscellaneous scrap field equipment from field inventory located in Sheridan and Campbell Counties, WY** | **5/21/2015** | **$1,280.00** |
| | **Relationship to debtor** | | | |
| 13.10. | **PADLOCK RANCH LLC**<br>8420 US Highway 14<br>Ranchester, WY 82839-8504 | **Sale of miscellaneous scrap field equipment from field inventory located in Sheridan and Campbell Counties, WY** | **6/29/2015** | **$1,080.00** |
| | **Relationship to debtor** | | | |
| 13.11. | **Beneterra, LLC**<br>1415 N Main St<br>Sheridan, WY 82801-2629 | **Transfer of miscellaneous scrap field equipment from field inventory located in Sheridan and Campbell Counties, WY in exchange for reduction of payable** | **2/3/2016** | **$35,481.60** |
| | **Relationship to debtor** | | | |

**Part 7:**   **Previous Locations**

**14. Previous addresses**

   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1818 W Fulton St Ste 103**<br>**Rapid City, SD 57702-4347** | **2011 through 9/2015** |
| 14.2. | **51 Coffeen Ave Ste 102**<br>**Sheridan, WY 82801-4873** | **2011 through 8/2015** |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Battalion Resources LLC**                                   Case number *(if known)*

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ■ No Go to Part 10.
  - Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | | EIN: |

    Has the plan been terminated?
    - ■ No
    - ☐ Yes

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| CubeSmart Self Storage of Centennial 7059 S Kenton St Centennial, CO 80112-5008 | Christopher M. Naro | Miscellaneous Business records and office equipment | ☐ No ■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list

---

Debtor    **Battalion Resources LLC**                                    Case number *(if known)*

leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Revenue Held In Escrow** | **First Interstate Bank (Montana)** | **Royalty and Working Interest revenue that has not been paid out because owners cannot be located** | **$1,324,146.28** |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☐ No.
   ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Fee gas wells owned and/or operated in Part 13, Question #25** | **Wyoming Oil & Gas Conservation Commissio 2211 King Blvd Casper, WY 82604-3165** | **Requirement to properly plug and abandon wells** | **N/A** |
| **State gas wells owned and/or operated in Part 13, Question #25** | **Wyoming Office of State Lands & Investme 122 W 25th St Cheyenne, WY 82001-3004** | **Requirement to properly plug and abandon wells** | **N/A** |
| **Federal gas wells owned and/or operated in Part 13, Question #25** | **Bureau of Land Management** | **Requirement to properly plug and abandon wells** | **N/A** |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

Debtor   **Battalion Resources LLC**                                    Case number *(if known)*

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |
| 25.1.  **Storm Cat Energy Canada Inc.** 1125 17th St Ste 2310 Denver, CO 80202-2060 | **Wholly owned Canadian subsidiary** | EIN:  **Canada Revenue Agency Business Number 814057204BC0001** From-To  **Since 5/2011** |
| 25.2.  **Storm Cat Energy (USA) Operating Corp.** 1125 17th St Ste 2310 Denver, CO 80202-2060 | **Wholly owned subsidiary** | EIN:  **20-2561097** From-To  **Since 3/2005** |
| 25.3.  **Storm Cat Energy (Powder River) LLC** 1125 17th St Ste 2310 Denver, CO 80202-2060 | **Wholly owned subsidiary** | EIN:  **20-2561157** From-To  **Since 3/2005** |
| 25.4.  **Storm Cat Energy Acquisitions, LLC** 1125 17th St Ste 2310 Denver, CO 80202-2060 | **Wholly owned subsidiary** | EIN:  **45-3126793** From-To  **Since 8/2011** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Rivington Financial Services, LLC** 6377 S Revere Pkwy Ste 100 Centennial, CO 80111-6488 | 8/2014 - 4/2016 |
| 26a.2.  **EKS&H** 7979 E Tufts Ave Ste 400 Denver, CO 80237-2521 | 5/2016 - 8/2016 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Rivington Financial Services, LLC** 6377 S Revere Pkwy Ste 100 Centennial, CO 80111-6488 | 8/2014 - 4/2016 |
| Name and address | Date of service From-To |
| 26b.2.  **EKS&H** 7979 E Tufts Ave Ste 400 Denver, CO 80237-2521 | 5/2016 - 8/2016 |

Debtor   __Battalion Resources LLC__   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.3.   **HEIN & ASSOCIATES LLP**<br>**1999 Broadway Ste 4000**<br>**Denver, CO 80202-5703** | 8/2014 - 8/2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **EKS&H**<br>**7979 E Tufts Ave Ste 400**<br>**Denver, CO 80237-2521** | **N/A** |
| 26c.2.   **Powder River Holdings LLC**<br>**1400 16th St Ste 600**<br>**Denver, CO 80202-1486** | **Records transferred on 8/2/16 subject to closing of sale of substantially all of Debtor's assets to Powder River Holdings LLC.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Argonaut Insurance Co.**<br>**PO Box 469011**<br>**San Antonio, TX 78246-9011** |
| 26d.2.   **BP Energy Company**<br>**201 Helios Way**<br>**Houston, TX 77079-2678** |
| 26d.3.   **WBI ENERGY MIDSTREAM LLC**<br>**PO Box 5601**<br>**Bismarck, ND 58506-5601** |
| 26d.4.   **BIGHORN GAS GATHERING LLC**<br>**1437 S Boulder Ave Ste 1500**<br>**Tulsa, OK 74119-3622** |
| 26d.5.   **ONEOK ROCKIES MIDSTREAM LLC**<br>**100 W 5th St**<br>**Tulsa, OK 74103-4279** |
| 26d.6.   **WGR ASSET HOLDING COMPANY LLC**<br>**PO Box 730467**<br>**Dallas, TX 75373-0467** |
| 26d.7.   **WPX Energy Rocky Mountain LLC**<br>**PO Box 3102, Mail Drop 37-1**<br>**Tulsa, OK 74101-3102** |
| 26d.8.   **Regiment Capital Special Situations**<br>**1251 Avenue of the Americas Ste 4700**<br>**New York, NY 10020-1104** |
| 26d.9.   **JP MORGAN CHASE BANK, NA**<br>**383 Madison Ave Fl 3**<br>**New York, NY 10179-0001** |
| 26d.10.   **JM HUBER Corp.**<br>**499 Thornall St**<br>**Edison, NJ 08837-2210** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Battalion Resources LLC**  Case number *(if known)*

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Battalion Resources Holding, LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **Managing Member** | **100%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Christopher Naro | PO Box 4776 Parker, CO 80134-1461 | CFO | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Keith J. Knapstad | 8706 W Prentice Ave Littleton, CO 80123-2192 | President; 0% | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Keith J. Knapstad 8706 W Prentice Ave Littleton, CO 80123-2192** | **$19,166.66** | **8/2016** | **Gross Wages** |
| | Relationship to debtor **Officer** | | | |
| 30.2 . | **Keith J. Knapstad 8706 W Prentice Ave Littleton, CO 80123-2192** | **$13,269.33** | **8/2016** | **Vacation Pay** |
| | Relationship to debtor **Officer** | | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Battalion Resources LLC**                                Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Keith J. Knapstad**<br>**8706 W Prentice Ave**<br>**Littleton, CO 80123-2192** | **$8,493.07** | **8/2016** | **Business Expense Report** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.4. | **Christopher Naro**<br>**PO Box 4776**<br>**Parker, CO 80134-1461** | **$636,825.02** | **8/2016 - 7/2016** | **Gross Wages** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.5. | **Christopher Naro**<br>**PO Box 4776**<br>**Parker, CO 80134-1461** | **$75,000.00** | **1/2016** | **Annual Bonus - Gross** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.6. | **Christopher Naro**<br>**PO Box 4776**<br>**Parker, CO 80134-1461** | **$18,716.91** | **8/2016 - 7/2016** | **Business Expense Report** |
| | Relationship to debtor<br>**Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Battalion Resources Holding, LLC** | **EIN:    27-4936697** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Debtor    **Battalion Resources LLC**                                    Case number *(if known)*

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  8, 2016**

**/s/ Christopher M. Naro**                              **Christopher M. Naro**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name  **Battalion Resources LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................  $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................  $ **3,539,128.21**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................  $ **3,539,128.21**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................  $ **39,910,662.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................  $ **7,516,668.98**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **35,983,238.20**

4. Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b   $ **83,410,569.18**

**Fill in this information to identify the case:**

Debtor name   **Battalion Resources LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                                    **Current value of debtor's interest**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

   7.1.   **1125 Pearlmark Broadreach LLC**                                              $18,408.83

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                          $18,408.83
       Add lines 7 through 8. Copy the total to line 81.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11.     **Accounts receivable**

    11b. Over 90 days old:          **21,072.72**      -          **0.00**    =....      **$21,072.72**
                                   face amount            doubtful or uncollectible accounts

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Battalion Resources LLC**                    Case number *(If known)* _____
          Name

## Joint Interest Billing Credit from Anadarko E&P Onshore LLC

| 11b. Over 90 days old: | **688,747.59** | - | **0.00** | =.... | **$688,747.59** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

## Joint Interest Billing receivables as of 3/31/2016.

| 11b. Over 90 days old: | **2,585,899.07** | - | **0.00** | =.... | **$2,585,899.07** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$3,295,719.38** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership | |
| 15.1. | **Storm Cat Energy (USA) Operating Corp.** | **100.00** % | **$0.00** |
| 15.2. | **Storm Cat Energy (Powder River) LLC** | **100.00** % | **$0.00** |
| 15.3. | **Storm Cat Energy Acquisitions LLC** | **100.00** % | **$0.00** |
| 15.4. | **Storm Cat Energy Canada Inc.** | **100.00** % | **$0.00** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| | Describe: | | |

| 17. | **Total of Part 4.** | **$0.00** |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| 19. | **Raw materials** |
|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Battalion Resources LLC**
<u>Name</u>

Case number *(If known)* _____

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**
**Miscellaneous field inventory in various storage yards in Sheridan and Campbell Counties, WY**

| | unknown | unknown |
|---|---|---|

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Miscellaneous office equipment** | **$5,000.00** | | **$5,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.

    **$5,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Battalion Resources LLC**                              Case number *(If known)* _____
_____
Name

■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** **Oil and gas reserve reports prepared by Netherland Sewell Associates Inc.** | **$20,000.00** | | **$20,000.00** |

65.   **Goodwill**

66.   **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                    | **$20,000.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 4

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Battalion Resources LLC**                                    Case number *(If known)* _____
_____
Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**$75,000,000.00 Net Operating Losses (NOLs)**               Tax year _____               **unknown**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims of involving potentially $40 million or more of properties against Wyoming 2013 K1, LP, Carbon Creek Energy, LLC,  Moriah Powder River, LLC; Legacy Reserves LP and affiliates; Cary Brown (Chairman of the Board of Legacy Reserves LP); and Moriah Resources, Inc. and its owners, subsidiaries, parents and affiliates, all pertaining to a Letter of Intent by and between Battalion Resources LLC and Wyoming 2013 K1, LP dated May 11, 2015 and/or pertaining to a Confidentiality Agreement (CA) by and between Legacy Reserves LP and Battalion Resources LLC dated December 19, 2014.**

Nature of claim          **Breach of Contract** _____
Amount requested            Unknown                                                                    **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Potential claims aganst BP Energy Company for revenue payment offset in January 2015 in the amount of $412,461.03.**

Nature of claim          **Set off against revenue** _____
Amount requested            Unknown                                                                    **unknown**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Battalion Resources LLC**                    Case number *(If known)* _____

Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,408.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,295,719.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $20,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,339,128.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,339,128.21 |

**Fill in this information to identify the case:**

Debtor name  **Battalion Resources LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **BP ENERGY COMPANY** | Describe debtor's property that is subject to a lien | **$5,850,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**201 Helios Way**
**Houston, TX 77079-2678**

Creditor's mailing address

Describe the lien
**Two Letters of credit**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.2 | **JP MORGAN CHASE BANK N.A.** | Describe debtor's property that is subject to a lien | $34,060,662.00 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Fannin St Fl 10**
**Houston, TX 77002-6925**

Creditor's mailing address

Describe the lien
**Term loan and credit facility**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☑ No

☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Battalion Resources LLC**
_____   Case number (if know) _____
Name

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$39,910,662.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>**383 Madison Ave Fl 3**<br>**New York, NY 10179-0001** | Line **2.2** | |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Battalion Resources LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**CAMPBELL COUNTY TREASURER**<br>**Atn: Becky Brazelton**<br>**PO Box 1027**<br>**Gillette, WY 82717-1027** | **$887,259.10** | **$887,259.10** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Promissory Note from previous bankruptcy**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

|  |  | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**CAMPBELL COUNTY TREASURER**<br>**Attn: Becky Brazelton**<br>**PO Box 1027**<br>**Gillette, WY 82717-1027** | **$2,075,376.18** | **$2,075,376.18** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com                    12345

| Debtor | **Battalion Resources LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.08 | $49.08 |
|---|---|---|---|---|

**JOHNSON COUNTY TREASURER**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**76 N Main St Rm 102**
**Buffalo, WY 82834-1825**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,433.13 | $21,433.13 |
|---|---|---|---|---|

**MONTANA DEPARTMENT OF REVENUE**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**PO Box 6309**
**Helena, MT 59604-6309**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,463,319.71 | $4,463,319.71 |
|---|---|---|---|---|

**SHERIDAN COUNTY AD VALOREM**
**ATTN: PETER C CARROLL**
**224 S Main St Ste B-3**
**Sheridan, WY 82801-4833**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,231.78 | $69,231.78 |
|---|---|---|---|---|

**STATE OF WYOMING**
**DEPT. OF REVENUE, MINERAL TAX DIVISION**
**122 W 25TH ST**
**CHEYENNE, WY 82002**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **Battalion Resources LLC**                                  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$103,923.24** |
| | **1125 PEARLMARK BROADREACH LLC** | ☐ Contingent |
| | | ■ Unliquidated |
| | **PO Box 911962** | ☐ Disputed |
| | **Denver, CO 80291-1962** | |
| | | **Basis for the claim:** __Trade Debt__ |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,800.00** |
| | **5D BAR LAND & CATTLE CO** | ☐ Contingent |
| | | ■ Unliquidated |
| | **PO Box 27** | ☐ Disputed |
| | **Wyarno, WY 82845-0027** | |
| | | **Basis for the claim:** __ |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$40,630.46** |
| | **A C RANCH INC** | ☐ Contingent |
| | | ■ Unliquidated |
| | **516 Wyarno Rd** | ☐ Disputed |
| | **Sheridan, WY 82801-9620** | |
| | | **Basis for the claim:** __ |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,250.00** |
| | **AL T & DEANNA L VISBORG** | ☐ Contingent |
| | | ■ Unliquidated |
| | **208 Crescent Dr** | ☐ Disputed |
| | **Sheridan, WY 82801-4029** | |
| | | **Basis for the claim:** __ |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,875.00** |
| | **ALVIN W & INA JEAN PETERSON TRUST DATED AUG 25, 2000 INA JEAN PETERSON TRU** | ☐ Contingent |
| | **461 Lower Prairie Dog Rd** | ☐ Unliquidated |
| | **Sheridan, WY 82801-9658** | ☐ Disputed |
| | | **Basis for the claim:** __ |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,500.00** |
| | **ALVIN W PETERSON** | ☐ Contingent |
| | **INA JEAN PETERSON** | ■ Unliquidated |
| | **461 LOWER PRAIRIE DOG CREEK RD** | ☐ Disputed |
| | **SHERIDAN, WY 82801** | |
| | | **Basis for the claim:** __ |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$687.50** |
| | **ANDERSON CONSTRUCTION** | ☐ Contingent |
| | | ■ Unliquidated |
| | **51 Coffeen Ave Ste 101** | ☐ Disputed |
| | **Sheridan, WY 82801-4873** | |
| | | **Basis for the claim:** __ |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Battalion Resources LLC**                          Case number (if known) _____

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,080.61 |
|---|---|---|---|

**ANDREWS KURTH LLP**

PO Box 301276
Dallas, TX 75303-1276

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**ANNA PILCH**
**PILCH RANCH LLC**
**897 Lower Prairie Dog Rd**
**Sheridan, WY 82801-9643**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,219,397.08 |
|---|---|---|---|

**Argonaut Insurance Co.**

PO Box 469011
San Antonio, TX 78246-9011

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Bonding**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,827.50 |
|---|---|---|---|

**BEATTY & WOZNIAK PC**

216 16th St Ste 1100
Denver, CO 80202-5115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,010.00 |
|---|---|---|---|

**BERT W DOW REVOCABLE TRUST**
**BERT W DOW TRUSTEE**
**420 Badger Creek Rd**
**Decker, MT 59025-9709**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0784**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389,933.40 |
|---|---|---|---|

**BIGHORN GAS GATHERING LLC**

1437 S Boulder Ave Ste 1500
Tulsa, OK 74119-3622

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,217.10 |
|---|---|---|---|

**BILL HOBLIT, TRUSTEE**

6135 Bricker Ln
Alexandria, VA 22315-5276

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Battalion Resources LLC**                          Case number (if known) _____

Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,925.84 |

**BOW & ARROW RANCH INC**

☐ Contingent
■ Unliquidated
☐ Disputed

491 Big Powder River, Cut Across Rd
Arvada, WY 82831-9403

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**BRENDA K ODEGARD**

☐ Contingent
■ Unliquidated
☐ Disputed

495 Smith St
Sheridan, WY 82801-3806

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,611.28 |

**BRINKERHOFF INC**

☐ Contingent
■ Unliquidated
☐ Disputed

595 Lower Prairie Dog Rd
Sheridan, WY 82801-9658

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $909,919.86 |

**British Petroleum**
**BP AMERICA PRODUCTION COMPANY**
**PO Box 277897**
**Atlanta, GA 30384-7897**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2012-2013

Basis for the claim:  **Call options sold to BP**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,521.70 |

**BRUG LAND & LIVESTOCK CO INC**

☐ Contingent
■ Unliquidated
☐ Disputed

10 W Ridge Ln
Sheridan, WY 82801-8528

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |

**BURGESS LAND COMPANY LLC**

☐ Contingent
■ Unliquidated
☐ Disputed

PO Box 80
Wyarno, WY 82845-0080

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,461.80 |

**C J RITCHIE**

☐ Contingent
■ Unliquidated
☐ Disputed

4316 Clemence Ave
Gillette, WY 82718-7822

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Battalion Resources LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,100.00** |
|---|---|---|---|

**CARLTON PATRICK DEWEY**

**1186 Beatty Gulch Rd**
**Sheridan, WY 82801-9649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,800.06** |
|---|---|---|---|

**CBM ASSOCIATES INC DBA INTERTECH**
**ENVIRONMENTAL & ENGINEERING**
**3821 BEECH ST**
**LARAMIE, WY 82070**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**CLAYTON AND CAROLINE HAMILTON**

**7 Grouse Ln**
**Sheridan, WY 82801-9024**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$888.00** |
|---|---|---|---|

**CT CORPORATION**

**PO Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**CURTIS C ELLIOTT TRUST DATED JAN.**
**1997**
**CURTIS C ELLIOTT TRUSTEE**
**PO Box 978**
**Buffalo, WY 82834-0978**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,098.37** |
|---|---|---|---|

**DANIEL L MARSHALL**

**PO Box 111**
**Big Horn, WY 82833-0111**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,680.00** |
|---|---|---|---|

**DAVID R & KATHLEEN P WILSON**

**PO Box 69**
**Recluse, WY 82725-0069**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

Debtor    **Battalion Resources LLC**                                    Case number (if known) _____
                Name

| | | |
|---|---|---|
| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**3.29**

Nonpriority creditor's name and mailing address
**DELAWARE SECRETARY OF STATE**

820 N French St Carvel Building 4th Floo
Wilmington, DE 19801-3509

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.30**

Nonpriority creditor's name and mailing address
**DON & BETTY BROWN FAMILY TRUST
DONALD BROWN JR & BETTY BROWN
TRUSTEES**
PO Box 10
Recluse, WY 82725-0010

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,080.00**

---

**3.31**

Nonpriority creditor's name and mailing address
**DONALD E & DONNA E ADAMSON**

628 SA Rd
Arvada, WY 82831-9605

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.32**

Nonpriority creditor's name and mailing address
**DONALD R & KATHLEEN C SPELLMAN REV
TRUST
DONALD R & KATHLEEN C SPELLMAN**
7239 C HIGHWAY 14/16
ARVADA, WY 82831

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$7,200.00**

---

**3.33**

Nonpriority creditor's name and mailing address
**DONNA EDEL NOLAN**

7221 Mission Rd Apt 213
Prairie Village, KS 66208-3018

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$8.40**

---

**3.34**

Nonpriority creditor's name and mailing address
**DONNA LOU CAIN**

6429 Amberwood St
Rohnert Park, CA 94928-2827

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$70.06**

---

**3.35**

Nonpriority creditor's name and mailing address
**DORIE BARBE & ADELE BARBE**

PO Box 12
Recluse, WY 82725-0012

Date(s) debt was incurred __

Last 4 digits of account number  **1002**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$18,109.51**

---

Debtor **Battalion Resources LLC**      Case number (if known) _____

| | |
|---|---|
| **3.36** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$102,002.82** |

**3.36**

Nonpriority creditor's name and mailing address

**DOUBLE E RANCH INC**

906 E 6th St
Gillette, WY 82716-4043

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$102,002.82**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.37**

Nonpriority creditor's name and mailing address

**E RULE & M RULE TRUSTS 7/27/83**
**1ST INTERSTATE BANK & CAROL ANN**
**MCGEE AS**
PO Box 3004
Gillette, WY 82717-3004

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$6,116.00**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.38**

Nonpriority creditor's name and mailing address

**EARL R WALLIS ET UX**
**MYRTLE ANN WALLIS**
PO Box 2054
Alpine, TX 79831-2054

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$20,267.60**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.39**

Nonpriority creditor's name and mailing address

**ELMER & MERVIN MYDLAND**

9514 Powderhouse Rd
Cheyenne, WY 82009-8615

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$3,388.74**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.40**

Nonpriority creditor's name and mailing address

**Erwin Tooter Rogers**

518 Big Powder River Cut Across Rd
Arvada, WY 82831-9403

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$7,539.12**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.41**

Nonpriority creditor's name and mailing address

**EVA C TAYLOR**

285 Pinehurst Trace Dr
Pinehurst, NC 28374-8119

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$40,700.00**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.42**

Nonpriority creditor's name and mailing address

**EVA TAYLOR/ROSS PETERSON**

285 Pinehurst Trace Dr
Pinehurst, NC 28374-8119

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$2,527.20**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Battalion Resources LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253.36**

**EVERTON COPE & DORIS COPE**

22112 VIA ENTRADA
MURRIETA, CA 92562

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **561A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,455.00**

**FARMLAND RESERVE INC**

PO Box 250
Woodruff, UT 84086-0250

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,000.00**

**FORD RANCH TRUST**
**EDWARD A HOFFMAN TRUSTEE,**
**HOFFMAN CONSUL**
PO Box 6064
Sheridan, WY 82801-1464

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,297.00**

**FRED & JASON OEDEKOVEN**

PO Box 1
Recluse, WY 82725-0001

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00**

**FRED & MARY ANN OEDEKOVEN FAMILY**
**TRUST**
**FRED & MARY ANN OEDEKOVEN TTES**
PO Box 1
Recluse, WY 82725-0001

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,699.38**

**FRED E & SHIRLEY A TREMBATH**

845 Absaraka St
Sheridan, WY 82801-5403

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$461,672.10**

**GABRIELLE MANIGAULT**

832 GREENOUGH RD
RECLUSE, WY 82725

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Battalion Resources LLC**
_____
Name

Case number (if known) _____

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,573.60 |
|---|---|---|---|

**GEORGE J GHIKAS & VENUS M GHIKAS**

1405 Stonegate Dr
Sheridan, WY 82801-4042

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,404.56 |
|---|---|---|---|

**GEORGE JOSEPH SMITH**

PO Box 5221
Etna, WY 83118-0221

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,028.00 |
|---|---|---|---|

**GERARD A MAJEWSKI**

1103 Chamboard Ln
Houston, TX 77018-3212

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,094.55 |
|---|---|---|---|

**GIBBS BROTHERS INC**

1459 Lower Powder River Rd
Arvada, WY 82831-9501

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,926.55 |
|---|---|---|---|

**HAT CURVED RANCH INC**

163 Lower Prairie Dog Rd
Sheridan, WY 82801-9605

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,400.00 |
|---|---|---|---|

**HEIN & ASSOCIATES LLP**

1999 Broadway Ste 4000
Denver, CO 80202-5703

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,406.26 |
|---|---|---|---|

**HOBLIT RANCH, LLC**

PO Box 7043
Gillette, WY 82717-7043

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Battalion Resources LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address
**HYDROMETRICS INC.**

3020 Bozeman Ave
Helena, MT 59601-6454

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$13,950.94**

---

**3.58** | Nonpriority creditor's name and mailing address
**ICF JONES & STOKES INC.**
**C/O ICF CONSULTING GROUP INC**
PO Box 536259
Pittsburgh, PA 15253-5904

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$807.50**

---

**3.59** | Nonpriority creditor's name and mailing address
**INTER-MOUNTAIN LABORATORIES INC.**

PO Box 661
Sheridan, WY 82801-0661

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,533.00**

---

**3.60** | Nonpriority creditor's name and mailing address
**IRENE BUTCHER TRUST**

231 Upper Prairie Dog Rd
Banner, WY 82832-9732

Date(s) debt was incurred __

Last 4 digits of account number  0475

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,006.06**

---

**3.61** | Nonpriority creditor's name and mailing address
**J-W POWER COMPANY**

PO Box 205856
Dallas, TX 75320-5856

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$60,256.63**

---

**3.62** | Nonpriority creditor's name and mailing address
**JAY A HOPE AND WENDY S HOPE**

82 Taylor Rd
Sheridan, WY 82801-9645

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,632.72**

---

**3.63** | Nonpriority creditor's name and mailing address
**JEFFREY D HOLLAND**

1102 Lower Powder River Rd
Arvada, WY 82831-9509

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

Debtor **Battalion Resources LLC**        Case number (if known) _____

Name

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $916,036.14 |
|---|---|---|---|

**JM HUBER CORPORATION**
Attn: Glenda Rawlinson
10920 W Sam Houston Pkwy N Ste 800
Houston, TX 77064-6322

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**JOAN FORD & ROBERT L WALLICK
TRUSTEES
JOAN FORD WALLICK TRUST**
PO Box 250
Big Horn, WY 82833-0250

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,828.12 |
|---|---|---|---|

**JOCK G HUTTON**

132 Bellevue Ave
Sheridan, WY 82801-4104

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.71 |
|---|---|---|---|

**JOHN W LLOYD
AND JANE LLOYD**
3318 N 3100 E
Twin Falls, ID 83301-0336

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,531.40 |
|---|---|---|---|

**KYLE BRINKERHOFF, INC.**

595 Lower Prairie Dog Rd
Sheridan, WY 82801-9658

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  0549

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**LARRY BRUBAKER**

2394 Irigaray Rd
Kaycee, WY 82639-9648

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**LITTLE GOOSE RANCH LLC**

PO Box 414
Big Horn, WY 82833-0414

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Battalion Resources LLC**                                      Case number (if known) _____

_____
Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,084.59 |
|---|---|---|---|

**LOWHAM-WALSH LLC**
**ATTN: ACCOUNTS RECEIVABLE**
**205 S 3rd St**
**Lander, WY 82520-3114**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,580.00 |
|---|---|---|---|

**LPD LLC**

**1910 Riverview Dr NE**
**Auburn, WA 98002-3048**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,895.12 |
|---|---|---|---|

**LPD RANCH PARTNERSHIP**

**1910 Riverview Dr NE**
**Auburn, WA 98002-3048**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,500.00 |
|---|---|---|---|

**MARY V HUTTON AND**
**MALCOLM B HUTTON**
**PO Box 4007**
**Sheridan, WY 82801-1207**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**MELINDA M GREENOUGH TRUST**
**MELINDA M GREENOUGH TRUSTEE**
**81 Wakeley Rd**
**Sheridan, WY 82801-9635**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**MICHAEL A MANOR &**
**AMY EILEEN MANOR**
**1194 Bay Horse Rd**
**Recluse, WY 82725-9703**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**MICHAEL H HELVEY**

**1499 Decker Rd**
**Sheridan, WY 82801-9654**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Battalion Resources LLC_____  Case number (if known) _____
     Name

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,481.00 |
|---|---|---|---|

**MIDCONTINENT TESTING LABORATORIES INC.**

☐ Contingent
■ Unliquidated
☐ Disputed

PO Box 3388
Rapid City, SD 57709-3388

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $962.04 |
|---|---|---|---|

**MONTANA DEPARTMENT OF NATURAL RESOURCES & CONSERVATION, TRUST LAND MGT**

☐ Contingent
■ Unliquidated
☐ Disputed

PO Box 201601
Helena, MT 59620-1601

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __1008__     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $960.00 |
|---|---|---|---|

**NEAL & AMANDA SORENSON**

☐ Contingent
■ Unliquidated
☐ Disputed

7241 US Highway 14-16 Unit B
Arvada, WY 82831-9604

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.00 |
|---|---|---|---|

**ODEGARD**

☐ Contingent
■ Unliquidated
☐ Disputed

6090 A HWY # 14-16
ARVADA, WY 82831

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,222.30 |
|---|---|---|---|

**ODEGARD LAND LLC**

☐ Contingent
■ Unliquidated
☐ Disputed

6090 A HWY # 14-16
ARVADA, WY 82831

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,512.23 |
|---|---|---|---|

**OEDEKOVEN MINERAL TRUST AGRMNT**

☐ Contingent
■ Unliquidated
☐ Disputed

1551 Sugarland Dr Apt 113
Sheridan, WY 82801-5722

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,072.72 |
|---|---|---|---|

**OEDEKOVEN MINERAL TRUST AGRMNT DONALD & BARBARA OEDEKOVEN TRUSTEES**

☐ Contingent
■ Unliquidated
☐ Disputed

1551 Sugarland Dr Apt 113
Sheridan, WY 82801-5722

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __     Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Battalion Resources LLC**

Name

Case number (if known) _____

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|---------|

**ONE CALL OF WYOMING**

☐ Contingent
■ Unliquidated
☐ Disputed

1740H Dell Range Blvd # 511
Cheyenne, WY 82009-4946

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975,091.41 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**ONEOK ROCKIES MIDSTREAM LLC**

☐ Contingent
■ Unliquidated
☐ Disputed

PO Box 871
Tulsa, OK 74102-0871

Basis for the claim: __Trade Debt__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284,825.60 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**PADLOCK RANCH COMPANY**
**D/B/A PADLOCK RANCH CO INC.**
8420 US Highway 14
Ranchester, WY 82839-8504

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,176.10 |
|------|-------------------------------------------------|--------------------------------------------------------------------|------------|

**PARKS BROTHERS, LLC**

☐ Contingent
■ Unliquidated
☐ Disputed

926 Horse Creek Rd
Gillette, WY 82716-8823

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-----------|

**PATRICK DURCHOLZ**

☐ Contingent
■ Unliquidated
☐ Disputed

161 Coutant Creek Rd
Sheridan, WY 82801-9647

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.80 |
|------|-------------------------------------------------|--------------------------------------------------------------------|---------|

**PATRICK J DURCHOLZ AND**
**DEBORAH L DURCHOLZ**
161 Coutant Creek Rd
Sheridan, WY 82801-9647

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659,395.86 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**PEEGEE RANCH**
**GILES W PRITCHARD-GORDON (FARM)**
**LTD**
PO Box 262086
Littleton, CO 80163-2086

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Battalion Resources LLC**                                    Case number (if known) _____

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,381.25 |
|---|---|---|---|

**PELOTON COMPUTER ENTERPRISES INC.**

23501 Cinco Ranch Blvd Ste C220
Katy, TX 77494-3396

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**PENNACO ENERGY INC**
ATTN: O/S JIB
PO Box 22232
Tulsa, OK 74121-2232

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,290.75 |
|---|---|---|---|

**PERRY RANCH INC**

377 Lower Prairie Dog Rd
Sheridan, WY 82801-9636

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,063.13 |
|---|---|---|---|

**PILCH RANCH LLC**

897 Lower Prairie Dog Rd
Sheridan, WY 82801-9643

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,258.80 |
|---|---|---|---|

**PK RANCH LLC**

PO Box 8636
Catalina, AZ 85738-0636

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Powder River Energy Corp.**

PO Box 937
Gillette, WY 82717-0937

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **This claim may be included in the Wood Group claim. See description of Wood Group claim.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,417.41 |
|---|---|---|---|

**PRAIRIE DOG RANCH INC**

516 Wyarno Rd
Sheridan, WY 82801-9620

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Battalion Resources LLC**                                          Case number (if known) _____
_____
Name

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,299.35 |
|---|---|---|---|

**RALPH & MONICA ST ROMAIN**

☐ Contingent
■ Unliquidated
☐ Disputed

350 Beatty Gulch Rd
Sheridan, WY 82801-9667

Basis for the claim: _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,307.50 |
|---|---|---|---|

**RANDALL L CLABAUGH AND
JANNAN L CLABAUGH**
221 Lower Powder River Rd
Arvada, WY 82831-9509

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,884,383.49 |
|---|---|---|---|

**Regiment Capital Special Situations
Fund III LP**
1251 Avenue of the Americas Ste 4700
New York, NY 10020-1104

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $594.29 |
|---|---|---|---|

**RELIANCE RESOURCES**

☐ Contingent
■ Unliquidated
☐ Disputed

994 SW Lighthouse Dr
Palm City, FL 34990-4510

Basis for the claim: _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,156.82 |
|---|---|---|---|

**RICHARD L OEDEKOVEN**

☐ Contingent
■ Unliquidated
☐ Disputed

PO Box 3
Recluse, WY 82725-0003

Basis for the claim: _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,830.98 |
|---|---|---|---|

**RITCHIE & CO A PARTNERSHIP
W W RITCHIE & LULA LAVERN RITCHIE**
830 N Main St Apt 204
Buffalo, WY 82834-9102

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267,512.15 |
|---|---|---|---|

**RIVINGTON FINANCIAL SVCS LLC**

☐ Contingent
■ Unliquidated
☐ Disputed

6377 S Revere Pkwy Ste 100
Centennial, CO 80111-6488

Basis for the claim: __Trade Debt__

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| Debtor | **Battalion Resources LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,388.40 |
|---|---|---|---|

**ROBERT G & NITA AVONNE AMENDE REV FAMILY TRUST DTD 11/9/94 ROBERT G AM**
1209 T-7 Ln
Gillette, WY 82716-4746

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,290.00 |
|---|---|---|---|

**ROBERT G & NITA AVONNE AMENDE REV FAMILY TRUST DTD 11/9/94 ROBERT G AM**
1209 T-7 Ln
Gillette, WY 82716-4746

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,414.06 |
|---|---|---|---|

**ROBERT L SORENSON & NANCY SORENSON**

7241 US Highway 14-16
Arvada, WY 82831-9604

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,240.64 |
|---|---|---|---|

**ROBERT L. SORENSON**

7241 US Highway 14-16
Arvada, WY 82831-9604

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.00 |
|---|---|---|---|

**ROBERT M MATTHEWS**

327 E 3rd St
Sheridan, WY 82801-3718

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,824.58 |
|---|---|---|---|

**RONALD BUTCHER & MARILYN K BUTCHER**

231 Upper Prairie Dog Rd
Banner, WY 82832-9732

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**RONALD LEE SWINYER & MARGARET LOUISE SWINYER**
MISTY MOON LANE #19
SHERIDAN, WY 82801

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Battalion Resources LLC**

Case number (if known) _____

Name

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**ROYAL BANCO INC A LOUISIANA CORORATION**

1310 Lower Powder River Rd
Arvada, WY 82831-9500

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**RULE RANCH LLC**
**C/O CAROL ANN MCGEE**
103 Village Green Dr
Youngsville, LA 70592-5332

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,975.67 |
|---|---|---|---|

**S R CATTLE COMPANY INC**
**C/O DAVID KANE, E BAR U RANCH**
758 Badger Creek Rd
Decker, MT 59025-9708

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,210.00 |
|---|---|---|---|

**SCOTT AND ANGEL LINDBLOM**

105 E Juniper Ln
Gillette, WY 82718-5426

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 |
|---|---|---|---|

**SCOTT, JOHN & NANCY LAMB**
**C/O GARLAND ENTERPRISES**
625 E 5th St Ste 102
Sheridan, WY 82801-3171

Date(s) debt was incurred __

Last 4 digits of account number  0763

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,206.18 |
|---|---|---|---|

**SEVEN BROTHERS RANCHES INC**
**C/O FIDELITY EXPLORATION & PROD**
1700 N Lincoln St Ste 2800
Denver, CO 80203-4535

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|

**SHARP RANCH LIMITED PARTNERSHIP**

PO Box 4121
Gillette, WY 82717-4121

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Battalion Resources LLC**
_____
Name

Case number (if known) _____

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,591.81** |
|---|---|---|---|

**SHERIDAN COUNTY TREASURER**
**ATTN: PETER C CARROLL**
**224 S Main St Ste B-3**
**Sheridan, WY 82801-4833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Promissory Note from previous bankruptcy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**SHRINER'S HOSPITALS FOR CHILDREN**
**C/O THE NORTHERN TRUST BANK OF**
**TEXAS**
**PO Box 226270**
**Dallas, TX 75222-6270**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.40** |
|---|---|---|---|

**SM ENERGY COMPANY**

**PO Box 910384**
**Denver, CO 80291-0384**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**SPRING WILLOW RANCH**

**PO Box 27**
**Wyarno, WY 82845-0027**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$964.12** |
|---|---|---|---|

**STATE OF WYOMING**
**DEPT. OF REVENUE, MINERAL TAX**
**DIVISION**
**122 W 25TH ST**
**CHEYENNE, WY 82002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,138.20** |
|---|---|---|---|

**STELLA BARKER & MARY HUTTON**

**PO Box 4007**
**Sheridan, WY 82801-1207**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0650**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00** |
|---|---|---|---|

**STEPHEN & KAYLA SMITH**

**59 Wildcat Rd**
**Sheridan, WY 82801-9627**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0909**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Battalion Resources LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
| --- | --- | --- | --- |

**STEVE CHERNI**
**C/O WAYNE CHERNI**
**4424 N Tortolita Rd**
**Tucson, AZ 85745-9518**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0604**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,258.09 |
| --- | --- | --- | --- |

**SUMMIT GAS RESOURCES INC.**

**1 E Alger St**
**Sheridan, WY 82801-3911**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |
| --- | --- | --- | --- |

**SUSAN A PUCKETT**

**82 Peno Rd**
**Sheridan, WY 82801-9606**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,007.76 |
| --- | --- | --- | --- |

**TEAR DROP CATTLE COMPANY**

**10030 Bridger Canyon Rd**
**Bozeman, MT 59715-8608**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,496.36 |
| --- | --- | --- | --- |

**THE HUTTON RANCH**

**PO Box 4007**
**Sheridan, WY 82801-1207**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,954.72 |
| --- | --- | --- | --- |

**TREMBATH LAND COMPANY LLC**

**845 Absaraka St**
**Sheridan, WY 82801-5403**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.00 |
| --- | --- | --- | --- |

**TRIPLE B LLC**

**477 Lower Prairie Dog Rd**
**Sheridan, WY 82801-9658**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Battalion Resources LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,238.50**

**TWENTY MILE LAND COMPANY - DNU**

PO Box 69
Gillette, WY 82717-0069

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.14**

**VERIZON WIRELESS**

PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**VINEYARD CATTLE COMPANY LLC**

PO Box 52
Arvada, WY 82831-0052

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$761,219.17**

**WBI ENERGY MIDSTREAM LLC**

PO Box 5601
Bismarck, ND 58506-5601

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,069.07**

**WERNER LAND CORPORATION**
**S/B - R J WERNER**
PO Box 2
Recluse, WY 82725-0002

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,895.18**

**WESTERN LAND SERVICES INC.**

1100 Conrad Industrial Dr
Ludington, MI 49431-2679

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164,176.23**

**WGR ASSET HOLDING COMPANY LLC**

PO Box 730467
Dallas, TX 75373-0467

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Battalion Resources LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.141** | **Nonpriority creditor's name and mailing address**
WILLIAM UNHOCH & JUANITA UNHOCH

30031 Nancys Ln
Conifer, CO 80433-8114

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$4,343.70**

---

**3.142** | **Nonpriority creditor's name and mailing address**
WOOD GROUP PRODUCTION SVCS INC.

PO Box 301415
Dallas, TX 75303-1415

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **The Debtor contracted with the Wood Group to provide oil field services. The claimant subcontracted with PreCorp to provide electrical services. Those two entities may have filed mechanics' liens on some or all of the Debtor's and affiliate**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,977,569.47**

---

**3.143** | **Nonpriority creditor's name and mailing address**
WPX ROCKY MOUNTAIN

21237 Network Pl
Chicago, IL 60673-1212

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$202,139.47**

---

**3.144** | **Nonpriority creditor's name and mailing address**
WYOMA JEAN SAMPSON

847 Exeter Ave
Sheridan, WY 82801-2839

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$34,000.00**

---

**3.145** | **Nonpriority creditor's name and mailing address**
YATES PETROLEUM CORP

105 S 4th St
Artesia, NM 88210-2177

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$71,337.63**

---

**3.146** | **Nonpriority creditor's name and mailing address**
YOUNGS CREEK MINING CO LLC
ATTN LAND DEPARTMENT
PO Box 3009
Gillette, WY 82717-3009

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$332.13**

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

Debtor    **Battalion Resources LLC**
Name

Case number (if known)

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **BILLY W B HOBLIT** PO Box 7043 Gillette, WY 82717-7043 | Line **3.14** ☐ Not listed. Explain ____ | _ |
| **4.2** **BP AMERICA PRODUCTION COMPANY** ATTN: O/S JIB PO Box 21868 Tulsa, OK 74121-1868 | Line **3.18** ☐ Not listed. Explain ____ | _ |
| **4.3** **DELAWARE SECRETARY OF STATE** **DIVISION OF CORPORATIONS** PO Box 5509 Binghamton, NY 13902-5509 | Line **3.29** ☐ Not listed. Explain ____ | _ |
| **4.4** **EVA TAYLOR/ROSS PETERSON** 446 Lower Prairie Dog Rd Sheridan, WY 82801-9658 | Line **3.42** ☐ Not listed. Explain ____ | _ |
| **4.5** **MONTANA DEPARTMENT OF REVENUE** PO Box 8021 Helena, MT 59604-8021 | Line **2.4** ☐ Not listed. Explain ____ | _ |
| **4.6** **MONTANA DEPARTMENT OF REVENUE** **NATURAL RESOURCE TAX DIVISION** PO Box 5805 Helena, MT 59604-5805 | Line **2.4** ☐ Not listed. Explain ____ | _ |
| **4.7** **PADLOCK RANCH COMPANY** **WAYNE FAHSHOLTZ** HC 64 Box 65 Ranchester, WY 82839-9703 | Line **3.87** ☐ Not listed. Explain ____ | _ |
| **4.8** **PENNACO ENERGY INC** PO Box 3128 Houston, TX 77253-3128 | Line **3.93** ☐ Not listed. Explain ____ | _ |
| **4.9** **PENNACO ENERGY INC** **JOINT VENTURE RECEIPTS** PO Box 840153 Dallas, TX 75284-0153 | Line **3.93** ☐ Not listed. Explain ____ | _ |
| **4.10** **PENNACO ENERGY INC** **JOINT VENTURE RECEIPTS** PO Box 732309 Dallas, TX 75373-2309 | Line **3.93** ☐ Not listed. Explain ____ | _ |
| **4.11** **PENNACO ENERGY INC** **JOINT INTEREST ACCOUNTING DEPT** PO Box 22234 Tulsa, OK 74121-2234 | Line **3.93** ☐ Not listed. Explain ____ | _ |
| **4.12** **SM ENERGY COMPANY** **DEPARTMENT 384** Denver, CO 80291 | Line **3.122** ☐ Not listed. Explain ____ | _ |
| **4.13** **SM ENERGY COMPANY** **DEPARTMENT 766** Denver, CO 80291 | Line **3.122** ☐ Not listed. Explain ____ | _ |

| Debtor | **Battalion Resources LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **STATE OF WYOMING**<br>**BOARD OF LAND COMMISSIONERS, HERSCHLER B** | Line **3.124**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **STATE OF WYOMING**<br>**OFFICE OF STATE LANDS & INVESTMENTS - RO**<br>**122 W 25th St**<br>**Cheyenne, WY 82001-3004** | Line **3.124**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **STATE OF WYOMING**<br>**DEPARTMENT OF TRANSPORATION**<br>**PO Box 668**<br>**Sheridan, WY 82801-0668** | Line **3.124**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **TWENTY MILE LAND COMPANY LLC**<br>**510 S Gillette Ave**<br>**Gillette, WY 82716-4204** | Line **3.134**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **WOOD GROUP PRODUCTION SVCS INC**<br>**17000 Katy Fwy Ste 150**<br>**Houston, TX 77094-1446** | Line **3.142**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Wyoming Oil & Gas Conservation Commissio**<br>**2211 King Blvd**<br>**Casper, WY 82604-3165** | Line **3.142**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  7,516,668.98 |
| 5b. Total claims from Part 2 | 5b.  + | $  35,983,238.20 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  43,499,907.18 |

**Fill in this information to identify the case:**

Debtor name        **Battalion Resources LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest        **Amended and Restated Employment Agreement datd December 1, 2015** | |
| State the term remaining | **Christopher M. Naro PO Box 4776 Parker, CO 80134-1461** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Battalion Resources LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Battalion Resources Holding LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **BP ENERGY COMPANY** | ■ D  **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **Battalion Resources Holding LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **JP MORGAN CHASE BANK N.A.** | ■ D  **2.2**<br>☐ E/F<br>☐ G |
| 2.3 | **Battalion Resources Holding LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **Regiment Capital Special Situations** | ☐ D<br>■ E/F  **3.101**<br>☐ G |
| 2.4 | **Storm Cat Energy (Powder River) LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **BP ENERGY COMPANY** | ■ D  **2.1**<br>☐ E/F<br>☐ G |
| 2.5 | **Storm Cat Energy (Powder River) LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **CAMPBELL COUNTY TREASURER** | ☐ D<br>■ E/F  **2.1**<br>☐ G |
| 2.6 | **Storm Cat Energy (Powder River) LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **CAMPBELL COUNTY TREASURER** | ☐ D<br>■ E/F  **2.2**<br>☐ G |

Debtor   **Battalion Resources LLC**                    Case number *(if known)*

---

█████   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | **Storm Cat Energy (Powder River) LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **JOHNSON COUNTY TREASURER** | ☐ D _____ ■ E/F __2.3__ ☐ G _____ |
| 2.8 | **Storm Cat Energy (Powder River) LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **JP MORGAN CHASE BANK N.A.** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Storm Cat Energy (Powder River) LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **Regiment Capital Special Situations** | ☐ D _____ ■ E/F __3.101__ ☐ G _____ |
| 2.10 | **Storm Cat Energy (Powder River) LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **SHERIDAN COUNTY AD VALOREM** | ☐ D _____ ■ E/F __2.5__ ☐ G _____ |
| 2.11 | **Storm Cat Energy (Powder River) LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **SHERIDAN COUNTY TREASURER** | ☐ D _____ ■ E/F __3.120__ ☐ G _____ |
| 2.12 | **Storm Cat Energy (USA) Operating Corp.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **BP ENERGY COMPANY** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Storm Cat Energy (USA) Operating Corp.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **CAMPBELL COUNTY TREASURER** | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |
| 2.14 | **Storm Cat Energy (USA) Operating Corp.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **CAMPBELL COUNTY TREASURER** | ☐ D _____ ■ E/F __2.2__ ☐ G _____ |
| 2.15 | **Storm Cat Energy (USA) Operating Corp.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **JOHNSON COUNTY TREASURER** | ☐ D _____ ■ E/F __2.3__ ☐ G _____ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor __**Battalion Resources LLC**_____   Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.16 | **Storm Cat Energy (USA) Operating Corp.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **JP MORGAN CHASE BANK N.A.** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.17 | **Storm Cat Energy (USA) Operating Corp.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **MONTANA DEPARTMENT OF REVENUE** | ☐ D _____ <br> ■ E/F __2.4__ <br> ☐ G _____ |
| 2.18 | **Storm Cat Energy (USA) Operating Corp.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **Regiment Capital Special Situations** | ☐ D _____ <br> ■ E/F __3.101__ <br> ☐ G _____ |
| 2.19 | **Storm Cat Energy (USA) Operating Corp.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **SHERIDAN COUNTY AD VALOREM** | ☐ D _____ <br> ■ E/F __2.5__ <br> ☐ G _____ |
| 2.20 | **Storm Cat Energy (USA) Operating Corp.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **SHERIDAN COUNTY TREASURER** | ☐ D _____ <br> ■ E/F __3.120__ <br> ☐ G _____ |
| 2.21 | **Storm Cat Energy (USA) Operating Corp.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **STATE OF WYOMING** | ☐ D _____ <br> ■ E/F __2.6__ <br> ☐ G _____ |
| 2.22 | **Storm Cat Energy Acquisitions, LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **BP ENERGY COMPANY** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.23 | **Storm Cat Energy Acquisitions, LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **CAMPBELL COUNTY TREASURER** | ☐ D _____ <br> ■ E/F __2.1__ <br> ☐ G _____ |
| 2.24 | **Storm Cat Energy Acquisitions, LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **CAMPBELL COUNTY TREASURER** | ☐ D _____ <br> ■ E/F __2.2__ <br> ☐ G _____ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Battalion Resources LLC** | Case number *(if known)* | |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.25 **Storm Cat Energy Acquisitions, LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **JOHNSON COUNTY TREASURER** | ☐ D _____ <br> ■ E/F __2.3__ <br> ☐ G _____ |
| 2.26 **Storm Cat Energy Acquisitions, LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **JP MORGAN CHASE BANK N.A.** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.27 **Storm Cat Energy Acquisitions, LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **Regiment Capital Special Situations** | ☐ D _____ <br> ■ E/F __3.101__ <br> ☐ G _____ |
| 2.28 **Storm Cat Energy Acquisitions, LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **SHERIDAN COUNTY AD VALOREM** | ☐ D _____ <br> ■ E/F __2.5__ <br> ☐ G _____ |
| 2.29 **Storm Cat Energy Acquisitions, LLC** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **SHERIDAN COUNTY TREASURER** | ☐ D _____ <br> ■ E/F __3.120__ <br> ☐ G _____ |
| 2.30 **Storm Cat Energy Canada Inc.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **JP MORGAN CHASE BANK N.A.** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.31 **Storm Cat Energy Canada Inc.** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **Regiment Capital Special Situations** | ☐ D _____ <br> ■ E/F __3.101__ <br> ☐ G _____ |
| 2.32 **Battalion Resources Holding Company LLC** | **1125 17th St. Ste. 2310 Denveer, CO 80** | **Christopher  M. Naro** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |
| 2.33 **Storm Cat Energy (USA) Operating Company** | **1125 17th St Ste 2310 Denver, CO 80202-2060** | **Christopher  M. Naro** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Battalion Resources LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September  8, 2016__     X **/s/ Christopher M. Naro**
                                        Signature of individual signing on behalf of debtor

                                        **Christopher M. Naro**
                                        Printed name

                                        **Chief Financial Officer**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Battalion Resources LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  8, 2016**    X **/s/ Christopher M. Naro**

Signature of individual signing on behalf of debtor

**Christopher M. Naro**

Printed name

**Chief Financial Officer**

Position or relationship to debtor

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**
Case No. _____

**Battalion Resources LLC** _____
Chapter **11** _____
Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **September  8, 2016** _____   Signature: **/s/ Christopher M. Naro** _____

**Christopher M. Naro, Chief Financial Officer**
Debtor

Date: _____   Signature: _____

Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)