| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Battalion Resources LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JP MORGAN CHASE BANK N.A.** 1111 Fannin St Fl 10 Houston, TX 77002-6925 | | | **Unliquidated** | $34,060,662.00 | $200,000.00 | $33,860,662.00 |
| **Argonaut Insurance Co.** PO Box 469011 San Antonio, TX 78246-9011 | | | **Contingent Unliquidated** | | | $13,219,397.08 |
| **Regiment Capital Special Situations Fund III LP** 1251 Avenue of the Americas Ste 4700 New York, NY 10020-1104 | | | **Unliquidated** | | | $8,884,383.49 |
| **WOOD GROUP PRODUCTION SVCS INC.** PO Box 301415 Dallas, TX 75303-1415 | | **Trade debt** | **Unliquidated** | | | $5,977,569.47 |
| **BP ENERGY COMPANY** 201 Helios Way Houston, TX 77079-2678 | | | **Unliquidated** | $5,850,000.00 | $0.00 | $5,850,000.00 |
| **SHERIDAN COUNTY AD VALOREM ATTN: PETER C CARROLL** 224 S Main St Ste B-3 Sheridan, WY 82801-4833 | | **Taxes** | **Unliquidated** | | | $4,463,319.71 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor **Battalion Resources LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CAMPBELL COUNTY TREASURER** Attn: Becky Brazelton PO Box 1027 Gillette, WY 82717-1027 | | Taxes | Unliquidated | | | $2,075,376.18 |
| **ONEOK ROCKIES MIDSTREAM LLC** PO Box 871 Tulsa, OK 74102-0871 | | Trade debt | Unliquidated | | | $975,091.41 |
| **JM HUBER CORPORATION** Attn: Glenda Rawlinson 10920 W Sam Houston Pkwy N Ste 800 Houston, TX 77064-6322 | | Trade debt | Unliquidated | | | $916,036.14 |
| **British Petroleum BP AMERICA PRODUCTION COMPANY** PO Box 277897 Atlanta, GA 30384-7897 | | Call Options | Contingent Unliquidated | | | $909,919.86 |
| **CAMPBELL COUNTY TREASURER** Atn: Becky Brazelton PO Box 1027 Gillette, WY 82717-1027 | | Taxes | Unliquidated | | | $887,259.10 |
| **WBI ENERGY MIDSTREAM LLC** PO Box 5601 Bismarck, ND 58506-5601 | | Trade debt | Unliquidated | | | $761,219.17 |
| **PEEGEE RANCH GILES W PRITCHARD-GORDON (FARM) LTD** PO Box 262086 Littleton, CO 80163-2086 | | Trade debt | Unliquidated | | | $659,395.86 |

Debtor **Battalion Resources LLC** _____  Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GABRIELLE MANIGAULT** <br> 832 GREENOUGH RD <br> RECLUSE, WY 82725 | | **Trade debt** | **Unliquidated** | | | $461,672.10 |
| **BIGHORN GAS GATHERING LLC** <br> 1437 S Boulder Ave Ste 1500 <br> Tulsa, OK 74119-3622 | | **Trade debt** | **Unliquidated** | | | $389,933.40 |
| **PADLOCK RANCH COMPANY** <br> **D/B/A PADLOCK RANCH CO INC.** <br> 8420 US Highway 14 <br> Ranchester, WY 82839-8504 | | **Trade debt** | **Unliquidated** | | | $284,825.60 |
| **RIVINGTON FINANCIAL SVCS LLC** <br> 6377 S Revere Pkwy Ste 100 <br> Centennial, CO 80111-6488 | | **Trade debt** | **Unliquidated** | | | $267,512.15 |
| **WPX ROCKY MOUNTAIN** <br> 21237 Network Pl <br> Chicago, IL 60673-1212 | | **Trade debt** | **Unliquidated** | | | $202,139.47 |
| **WGR ASSET HOLDING COMPANY LLC** <br> PO Box 730467 <br> Dallas, TX 75373-0467 | | **Trade debt** | **Unliquidated** | | | $164,176.23 |
| **1125 PEARLMARK BROADREACH LLC** <br> PO Box 911962 <br> Denver, CO 80291-1962 | | **Trade debt** | **Unliquidated** | | | $103,923.24 |