IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BATTALION RESOURCES, LLC, ) | Case No. 16-18917-TBM |
| EIN: 27-4944324, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## LIST OF EQUITY SECURITY HOLDERS

Battalion Resources, LLC (the "Debtor"), pursuant to FED. R. BANKR. P. 1007(a)(3) and L.B.R. 1007-4, for its List of Equity Security Holders states:

[ ]   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[ X]   The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

1.   Battalion Resources Holdings, LLC, PO Box 4186 Parker, CO 80134 owns 100% of the Debtor's membership interests.

Dated: September 9, 2016              By:  /s/ Christopher M. Naro
                                             CFO of the Debtor

DOCS-#5527281-v1

Dated this 9th day of September, 2016.

**LINDQUIST & VENNUM LLP**

By:   /s/Theodore J. Hartl
      Theodore J. Hartl, #32409
      Harrie Lewis, #10972
      Stephanie A. Kanan, #42437
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
thartl@lindquist.com

*Proposed Counsel for Battalion Resources, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2016, a true and correct copy of the foregoing **LIST OF EQUITY SECURITY HOLDERS** was deposited in the U.S. Mail, first class postage prepaid, to the parties identified on the attached list.

                                      */s/ Brandon Blessing*

DOCS-#5527281-v1

1125 Pearlmark Broadreach LLC
PO Box 911962
Denver, CO  80291-1962

Argonaut Insurance Co.
PO Box 469011
San Antonio, TX  78246-9011

Bighorn Gas Gathering LLC
1437 S. Boulder Ave.
Ste. 1500
Tulsa, OK  74119-3622

BP ENERGY COMPANY
201 Helios Way
Houston, TX  77079 -2678

British Petroleum
BP America Production Company
PO Box 277897
Atlanta, GA  30384-7897

Campbell County Treasurer
Attn:  Becky Brazelton
PO Box 1027
Gillette, WY  82717-1027

Gabrielle Manigault
832 Greenough Road
Recluse, WY  82725

JM Huber Corporation
Attn: Glenda Rawlinson
10920 W. Sam Houston Parkway N
Ste. 800
Houston, TX  77064-6322

Johnson County Treasurer
76 N Main St., Rm 102
Buffalo, WY  82834-1825

JP Morgan Chase Bank N.A.
1111 Fannin St., Floor 10
Houston, TX  77002-6925

2

Montana Department of Revenue
PO Box 6309
Helena, MT  59604-6309

ONEOK Rockies Midstream LLC
PO Box 871
Tulsa, OK  74102-0871

Padlock Ranch Company
d/b/a Padlock Ranch Co. Inc.
8420 US Highway 14
Ranchester, WY  82839-8504

PeeGee Ranch
Giles W Pritchard-Gordon (Farm) Ltd
PO Box 262086
Littleton, CO  80163-2086

Regiment Capital Special Situations Fund III LP
1251 Avenue of the Americas
Ste. 4700
New York, NY  10020-1104

Rivington Financial Svcs LLC
6377 S. Revere Pkwy. Ste 100
Centennial, CO  80111-6488

Sheridan County Treasurer/ Ad Valorem
Attn:  Peter C. Carroll
224 S. Main St., Ste. B-3
Sheridan, WY  82801-4833

State of Wyoming
Dept. of Revenue, Mineral Tax Division
122 W 25th St
Cheyenne, WY  82002

WBI Energy Midstream LLC
PO Box 5601
Bismarck, ND  58506-5601

Wood Group Production Services Inc.
PO Box 301415
Dallas, TX  75303-1415

2

WGR Asset Holding Company LLC
PO Box 730467
Dallas, TX 75373-0467

WPX Rocky Mountain
21237 Network Pl
Chicago, IL 60673-1212

WPX Energy Rocky Mountain LLC
PO Box 3102, Mail Drop 37-1
Tulsa, OK 74101-3102

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294

JP MORGAN CHASE BANK NA
Attn: Matt Feldman
383 Madison Ave Fl 3
New York, NY 10179-0001

BP ENERGY COMPANY
C/O THE CORPORATION COMPANY
1675 BROADWAY, STE. 1200
DENVER, CO 80202

BP ENERGY COMPANY
501 WESTLAKE PARK BOULEVARD
HOUSTON, TX 77079

RICHARD L. SMITH
MANAGING DIRECTOR & ASSOC. GEN. COUNSEL
JP MORGAN CORPORATE AND INVESTMENT BANK
1 CHASE SQUARE
ROCHESTER, NY 14643-0001

3