# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BATTALION RESOURCES, LLC | ) | Case No. 16-18917 TBM |
| EIN: 27-4944324, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| STORM CAT ENERGY (USA) OPERATING | ) | |
| CORPORATION | ) | Case No. 16-18920 TBM |
| EIN: 20-2561097, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| STORM CAT ENERGY (POWDER RIVER), LLC | ) | Case No. 16-18922 TBM |
| EIN: 20-2561157, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| STORM CAT ENERGY ACQUISITIONS, LLC | ) | Case No. 16-18925 TBM |
| EIN: 45-3126793, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | **Jointly Administered as** |
| | ) | **Case No. 16-18917 TBM** |

## ORDER GRANTING
## MOTION FOR JOINT ADMINISTRATION

THIS MATTER comes before the Court on the above-captioned debtors' Motions for Joint Administration filed in on September 9, 2016, in each of their respective cases, seeking to

jointly administer their cases pursuant to Fed. R. Bank. Pro. 1015(b). The above-captioned cases have been assigned and/or reassigned to the Honorable Thomas B. McNamara. The Court, having reviewed the files,

ORDERS that the Motions for Joint Administration are hereby GRANTED and the above-captioned cases shall be jointly administered for procedural purposes only pursuant to Fed. R. Bankr. P. 1015(b).

IT IS FURTHER ORDERED that to effect joint administration, the following administrative procedures shall apply, but shall have no effect upon the substantive issues of the estate, either individually or collectively:

1. All motions, pleadings, and other documents filed in the jointly administered case shall bear a combined caption which includes the full name and number of each specific case as provided in this Order, and must be filed, docketed and processed in the lead case, except for the following:

   a. motion which applies to less than all jointly administered debtors must clearly indicate in the caption and title to which debtor(s) the motion applies, but must still be filed in the lead case;

   b. all proofs of claim must be filed in the specific case to which they apply;

   c. monthly financial reports must be filed in the specific case to which they apply; and

   d. amendments to schedules, statements, lists and other required documents in Fed. R. Bankr. P. 1002 and 1007 must be filed in the specific case to which the amendments apply.

2. The Debtors shall maintain adequate records regarding the assets of the respective estates in order to protect the rights of joint creditors and separate creditors of these estates.

3. The Clerk of the Court shall provide notice of the joint administration of the above-captioned cases to all creditors and interested parties identified in each case.

Dated: September 13, 2016.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge