# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BATTALION RESOURCES, LLC<br>EIN:  27-4944324,<br><br>    Debtor. | Case No. 16-18917 TBM<br>Chapter 11 |
| In re:<br><br>STORM CAT ENERGY (USA) OPERATING CORPORATION<br>EIN:  20-2561097,<br><br>    Debtor. | Case No. 16-18920 TBM<br>Chapter 11 |
| In re:<br><br>STORM CAT ENERGY (POWDER RIVER), LLC<br>EIN:  20-2561157,<br><br>    Debtor. | Case No. 16-18922 TBM<br>Chapter 11 |
| In re:<br><br>STORM CAT ENERGY ACQUISITIONS, LLC<br>EIN:  45-3126793,<br><br>    Debtor. | Case No. 16-18925 TBM<br>Chapter 11<br><br>**Jointly Administered as**<br>**Case No. 16-18917 TBM** |

## SUPPLEMENTAL APPLICATION TO EMPLOY
## THE THRONE LAW OFFICE, P.C. AS SPECIAL COUNSEL

Battalion Resources, LLC, Storm Cat Energy (USA) Operating Corporation, Storm Cat Energy (Powder River), LLC and Storm Cat Energy Acquisitions, LLC (the "Debtors"), through their undersigned counsel, Lindquist & Vennum LLP ("Lindquist & Vennum), request the Court enter an order granting the Supplemental Application to Employ the Throne Law Office, P.C. as Special Counsel (this "Application") and in support thereof state as follows:

1. On September 8, 2016 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of title 11, U.S.C. (the "Bankruptcy Code").

2. On September 13, 2016, the Court entered orders in each of the four cases granting the Debtors' requests that the cases be jointly administered.

3. On September 16, 2016, the Debtors filed their Application to Employ the Throne Law Office, P.C. (the "Throne Law Office") as special counsel for the limited purposes of representing the Debtors before the Wyoming Oil & Gas Conservation Commission (the "Original Application"). *See* Dkt. #34.

4. On September 19, 2016, the Court granted the Original Application and the Throne Law Office was employed to represent the Debtors *nunc pro tunc* to the date of the Original Application. *See* Dkt. #39.

5. The Debtors have retained as special counsel, subject to Court approval pursuant to § 327(e) and 328(a) of the Bankruptcy Code, the Throne Law Office for the additional limited purpose of representing the Debtors in the handling, presentation and settlement of any and all claims that the Debtor may have against PeeGee Gas, LLC for breach of contract for failure to pay joint interest bills (the "PeeGee Litigation").

6. The Throne Law Office's representation of the Debtors in connection with the PeeGee Litigation will not duplicate Lindquist & Vennum's representation of the Debtors as the Debtors' bankruptcy counsel.

7. The Debtors engaged Throne Law Office because it is familiar with the Debtors' bankruptcy case and has experience handling matters of this kind. The Debtors believe that the firm is qualified to represent them. The Verified Statement of S. Thomas Throne in support of this Application is attached hereto as **Exhibit A**.

8. The Throne Law Office has conducted an examination using the firm's internal conflict checking procedure to determine whether the Throne Law Office has represented any creditors in connection with the Debtors. To the best of the Throne Law Office's knowledge, the Throne Law Office does not hold or represent an interest adverse to the Debtors, their estates, or any other party in interest for purposes of serving as § 327(e) counsel.

9. As the Debtors' bankruptcy case proceeds, the Throne Law Firm will continue to supplement its internal conflicts check and to the extent that potential or actual conflicts arise, it will provide supplemental disclosures.

10. Compensation for services provided by the Throne Law Office in connection with the PeeGee Litigation shall be paid under 11 U.S.C. § 328, on a contingent fee basis at 33.33% of the gross recovery of assets that the Throne Law Office assists the Debtors in recovering, whether as a result of a contested matter, adversary proceeding, settlement, or trial. The Throne Law Office will further charge for any out-of-pocket expenses incurred on behalf of the Debtors.

11. The Debtors' engagement of counsel to assist in representing their interests as it relates to the PeeGee Litigation is in the best interests of creditors and the estate.

12. The Debtors and the Throne Law Office believe that good cause exists to grant this Application, authorizing the Debtors to retain the Throne Law Office effective *nunc pro tunc* to the date of this Application.

WHEREFORE, for the foregoing reasons, the Debtors request that the Court grant the relief requested in this Application and order such other relief as deemed appropriate.

Dated this 5th day of October, 2016.

**LINDQUIST & VENNUM LLP**

By:  /s/ *Stephanie A. Kanan*
　　　Theodore J. Hartl, #32409
　　　Harrie F. Lewis, #10972
　　　Stephanie A. Kanan, #42437
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email:  thartl@lindquist.com
Email:  hlewis@lindquist.com
Email:  skakan@lindquist.com

*Counsel for the Debtors*

4

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 5th day of October, 2016, true and correct copies of the foregoing **SUPPLEMENTAL APPLICATION TO EMPLOY THE THRONE LAW OFFICE, P.C. AS SPECIAL COUNSEL** and proposed Order were deposited in the U.S. Mail, postage prepaid, addressed to the following party and those on the attached list.

>Office of the United States Trustee
>Attn: Paul V. Moss, Esq.
>1961 Stout Street, Suite 12-200
>Denver, CO  80294

>*/s/ Brandon Blessing*

1125 Pearlmark Broadreach LLC
PO Box 911962
Denver, CO  80291-1962

Argonaut Insurance Co.
PO Box 469011
San Antonio, TX  78246-9011

Bighorn Gas Gathering LLC
(Kinder Morgan)
8811 S. Yale Ave., #200
Tulsa, OK  74137-3650

BP ENERGY COMPANY
201 Helios Way
Houston, TX  77079 -2678

British Petroleum
BP America Production Company
PO Box 277897
Atlanta, GA  30384-7897

Campbell County Treasurer
Attn:  Becky Brazelton
PO Box 1027
Gillette, WY  82717-1027

Gabrielle Manigault
832 Greenough Road
Recluse, WY  82725

JM Huber Corporation
Attn: Glenda Rawlinson
10920 W. Sam Houston Parkway N
Ste. 800
Houston, TX  77064-6322

Johnson County Treasurer
76 N Main St., Rm 102
Buffalo, WY  82834-1825

JP Morgan Chase Bank N.A.
1111 Fannin St., Floor 10
Houston, TX  77002-6925

Montana Department of Revenue
PO Box 6309
Helena, MT  59604-6309

ONEOK Rockies Midstream LLC
PO Box 871
Tulsa, OK  74102-0871

Padlock Ranch Company
d/b/a Padlock Ranch Co. Inc.
8420 US Highway 14
Ranchester, WY  82839-8504

PeeGee Ranch
Giles W Pritchard-Gordon (Farm) Ltd
PO Box 262086
Littleton, CO  80163-2086

Regiment Capital Special Situations Fund III LP
1251 Avenue of the Americas
Ste. 4700
New York, NY  10020-1104

EKS&H
f/k/a Rivington Financial Svcs LLC
7979 E. Tufts Ave., #400
Denver, CO  80237

Sheridan County Treasurer/ Ad Valorem
Attn:  Peter C. Carroll
224 S. Main St., Ste. B-3
Sheridan, WY  82801-4833

State of Wyoming
Dept. of Revenue, Mineral Tax Division
122 W 25th St
Cheyenne, WY  82002

WBI Energy Midstream LLC
PO Box 5601
Bismarck, ND  58506-5601

Wood Group Production Services Inc.
PO Box 301415
Dallas, TX  75303-1415

WGR Asset Holding Company LLC
PO Box 730467
Dallas, TX  75373-0467

WPX Rocky Mountain
21237 Network Pl
Chicago, IL  60673-1212

WPX Energy Rocky Mountain LLC
PO Box 3102, Mail Drop 37-1
Tulsa, OK  74101-3102

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Office of the United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO  80294

JP MORGAN CHASE BANK NA
Attn:  Matt Feldman
383 Madison Ave Fl 3
New York, NY  10179-0001

BP ENERGY COMPANY
C/O THE CORPORATION COMPANY
1675 BROADWAY, STE. 1200
DENVER, CO  80202

BP ENERGY COMPANY
501 WESTLAKE PARK BOULEVARD
HOUSTON, TX  77079

RICHARD L. SMITH
MANAGING DIRECTOR
JP MORGAN CORPORATE AND INVESTMENT BANK
1 CHASE SQUARE
ROCHESTER, NY  14643-0001