UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>**BATTALION RESOURCES, LLC**<br>    Debtor | ) Case No.: **16-18917-TBM**<br>)<br>) Chapter 11<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, BP Energy Company, a party in interest in this bankruptcy case, hereby requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

Sage M. Sigler (GA Bar No. 300707)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
Email: Sage.Sigler@alston.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading, disclosure statement, plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopy,

or otherwise filed with regard to the above case or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice and Papers, or any subsequent appearance, pleading or claim, does not waive any rights to which the subject party is entitled, including but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupment to which it is or may be entitled to under agreements or in law or in equity, all of which are expressly reserved.

DATED: October 13, 2016            **ALSTON & BIRD LLP**

                                                        /s/ Sage M. Sigler
                                             Sage M. Sigler (GA Bar No. 300707)
                                             **ALSTON & BIRD LLP**
                                             One Atlantic Center
                                             1201 West Peachtree Street, Suite 4900
                                             Atlanta, GA 30309-3424
                                             Telephone: (404) 881-7000
                                             Facsimile: (404) 881-7777

                                             Attorneys for BP Energy Company