# EXHIBIT A

DOCS-#5666364-v1

## **EXHIBIT A**

### THEODORE J. HARTL (BILLING RATE: $455.00)

Mr. Hartl received his Bachelor of Arts degree in Political Science and his Bachelor of Science degree in Business from Washington University in 1994. He graduated with honors from Vermont Law School in 2000 after working as a notes editor for the Vermont Law Review. Following law school, Mr. Hartl served as a law clerk to the Honorable Joette Katz, Associate Justice of the Connecticut Supreme Court and as a law clerk to the Honorable Donald E. Cordova, Chief Judge of the United States Bankruptcy Court for the District of Colorado. Mr. Hartl joined Lindquist & Vennum LLP after working for a Denver-based bankruptcy firm with a national practice, and he continues to focus his practice in commercial litigation and bankruptcy matters. Mr. Hartl is a partner in the Denver office of Lindquist & Vennum LLP.

### HAROLD G. MORRIS (BILLING RATE: $510.00)

Harold G. Morris was admitted to the Colorado Bar in 1977. He received his B.A. degree from Rice University in 1974 and his J.D. from the University of Colorado in 1977. He is a member of the Order of the Coif. Mr. Morris joined the Denver law firm of Sherman & Howard in 1978, and became a partner in 1983. His practice has emphasized bankruptcy law and workouts since that time. He has been a partner in Lindquist & Vennum LLP since the opening of its Denver office in 1991.

Mr. Morris is a frequent lecturer on topics related to natural resources, bankruptcy and environmental problems in bankruptcy. He has published two articles on these subjects in the last three years. Mr. Morris has been involved in cases such as Kaiser Steel Corporation, Kaiser Coal Corporation, Consolidated Oil and Gas, Gary Refining, Utex Energy, Placid Oil Co., New Castle Energy Corporation, Energetics, Inc., Energetics Operating Co., Fontana Union Water Company, Integra - A Hotel and Restaurant Company, the Historic Paramount Foundation, Inc., and Oren L. Benton. He also advises a hotel management company on various bankruptcy matters.

### HARRIE F. LEWIS (BILLING RATE: $485.00)

Mr. Lewis was admitted to the Colorado Bar in 1981. He received his B.A. degree from the University of California at Berkeley in 1973. He received his J.D., *cum laude*, from the McGeorge School of Law of the University of the Pacific, and the Southwestern University School of Law in 1981. Mr. Lewis served as Law Clerk to the Honorable Patricia A. Clark, United States Bankruptcy Court for the District of Colorado, from 1981 through 1983.

Mr. Lewis's practice concentrates on bankruptcy matters. He has been significantly involved in major Chapter 11 proceedings in this district, including representing the Chief Executive Officer in the Cantrup estate, the Chapter 11 Debtors in the Energetics, Kaiser Steel and Kaiser Coal estates, and Oren L. Benton, the Chapter 7 debtors in the Thomas A. Vickers and George N. Gillett, Jr. estates, Chapter 7 trustees, creditors in Chapter 9 proceedings, and

creditors in many Chapter 7 and Chapter 11 estates including the Amdura, Miniscribe, M&L, and Westmoreland Coal Company.

### STEPHANIE A. KANAN (BILLING RATE: $275.00)

Stephanie A. Kanan was a member of Lindquist & Vennum's Financial Restructuring and Bankruptcy and Commercial Litigation Practice Groups. She assisted clients in a variety of bankruptcy-related matters, such as recovering and distributing assets, negotiating and forming reorganization plans, and litigating adversary proceedings. As of December 31, 2016, Ms. Kanan is no longer employed with Lindquist & Vennum, LLP.

### MARILYN R. DAVIES (BILLING RATE: $235.00)

Marilyn R. Davies has been employed as a paralegal since 1985. She has worked in the areas of commercial, transactional, real property, corporate organization, merger and acquisition, and oil and gas for over fourteen years. She has assisted litigation attorneys with matters in the U.S. District Court for the District of Colorado, the Tenth Circuit Court of Appeals, the Colorado District Courts, and the Wyoming Supreme Court. She completed a paralegal program at the Community College of Denver.